```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01884
   LUCRISHA E WASHINGTON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-1231


--------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/05/07 .

   2.  The case was dismissed without confirmation, 07/27/2007.

   3.  The Debtor paid a total of $    1623.00 .

   4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
WORLD SAVINGS               CURRENT MORTG         .00            .00             .00
WORLD SAVINGS               MORTGAGE ARRE   NOT FILED            .00             .00
JOLIET FURNITURE MART       SECURED               .00            .00           75.00
WILL COUNTY TREASURER       SECURED               .00            .00          175.00
CAVALRY INVESTMENTS LLC     UNSECURED       NOT FILED            .00             .00
CAPITAL ONE FINANCIAL       UNSECURED       NOT FILED            .00             .00
CAPITAL ONE FINANCIAL       UNSECURED       NOT FILED            .00             .00
CCA                         UNSECURED       NOT FILED            .00             .00
FIRST PREMIER BANK          UNSECURED       NOT FILED            .00             .00
LVNV FUNDING                UNSECURED       NOT FILED            .00             .00
MIDLAND CREDIT MGMT         UNSECURED       NOT FILED            .00             .00
MIDNIGHT VELVET             UNSECURED       NOT FILED            .00             .00
MONROE & MAIN               UNSECURED       NOT FILED            .00             .00
NICOR GAS                   UNSECURED       NOT FILED            .00             .00
SEVENTH AVENUE              UNSECURED       NOT FILED            .00             .00
SHERMAN FINANCIAL GROUP     UNSECURED       NOT FILED            .00             .00
          Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED       .00         .00          .00          .00           .00
PRINCIPAL PAID        250.00         .00          .00          .00        250.00
INTEREST PAID            .00         .00          .00          .00           .00
TOTAL PAID            250.00         .00          .00          .00        250.00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    2500.00
and was paid $    360.00  direct and $   1328.29  through the plan.

The Trustee received $      44.71 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/10/07                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE